IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LARRY FUNK** **PLAINTIFF**

**v.** **No. 4:26-cv-58-DPM**

**U.S. POSTAL SERVICE, Searcy** **DEFENDANT**

**ORDER**

The Court appreciates the U.S. Postal Service's Rule 26(f) report, *Doc. 16*. The Court reminds Funk of his obligations to follow the Court's Orders and the Federal Rules of Civil Procedure. These obligations are set forth in the Initial Order, *Doc. 2*. The Court prefers its motion deadlines. A Final Scheduling Order will issue.

So Ordered.

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

15 September 2026